```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF WEST VIRGINIA
                             AT CHARLESTON
```

**EDWARD JESSE DREYFUSE,**

        Plaintiff,

v.                                      Civil Action No. 2:18-CV-1152

**RAHUL GUPTA, M.D. Commissioner,**
**W. VA. D.H.H.R., ALLEN MOCK, M.D.,**
**W. VA. Chief Medical Examiner;**
**Defendants in their Individual and**
**Official Capacities,**

        Defendants.

## MEMORANDUM OPINION AND ORDER

        The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Cheryl A. Eifert entered on December 7, 2018; and the magistrate judge having recommended that the court grant plaintiff's motion for voluntary dismissal and deny as moot defendants' motion to dismiss, plaintiff's motion to proceed with discovery, plaintiff's emergency motion to preserve evidence, plaintiff's motion to recover costs of filing, and dismiss the complaint, with prejudice, and remove this action from the docket of the court; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge be, and hereby are, adopted by the court and incorporated herein.

Accordingly, it is **ORDERED** that the plaintiff's complaint be, and hereby is, dismissed.

The Clerk is directed to forward copies of this written opinion and order to the plaintiff, all counsel of record, and the United States Magistrate Judge.

**ENTER: February 15, 2019**

John T. Copenhaver, Jr.
Senior United States District Judge